**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

RONALD W. JARVI,

    Plaintiff,

                              Civil Case No. 03-71319

-vs-                            PAUL D. BORMAN
                              UNITED STATES DISTRICT JUDGE

INTERNAL REVENUE SERVICE,

    Defendant.
_____/

### ORDER DENYING: (1) PLAINTIFF'S OBJECTIONS TO THE COURT'S MAY 13, 2005 ORDER DENYING PLAINTIFF'S MOTION TO PROCEED ON APPEAL IN FORMA PAUPERIS AND DENYING PLAINTIFF'S MOTION TO REMAND; AND (2) PLAINTIFF'S MOTIONS TO DISQUALIFY JUDGE BORMAN AND JUDGE MORGAN

      Instantly before the Court are three motions: (1) Plaintiff's Objections to the Court's May 13, 2005 Order Denying Plaintiff's Motion to Proceed on Appeal in Forma Pauperis and Denying Plaintiff's Motion to Remand; (2) Plaintiff's Motion to Disqualify Magistrate Judge Morgan; and (3) Plaintiff's Motion to Disqualify Judge Borman. As set forth below, the Court denies all three motions.

      Regarding Plaintiff's Objections to Court's May 13, 2005, the Court finds that it is procedurally defective and therefore fails. Further, even if Plaintiff's objections were to be adjudicated on their merits, Plaintiff has failed to demonstrate a legally recognizable defect in the Court's May 13, 2005 Order.

      Similarly, Plaintiff's motions for disqualification are without merit. Plaintiff's motions for

disqualification provide no legal or factual basis for the disqualification of Magistrate Judge Morgan or Judge Borman. Accordingly, Plaintiff's motions for disqualification are denied.

**SO ORDERED**

                                                s/Paul D. Borman
                                                PAUL D. BORMAN
                                                UNITED STATES DISTRICT JUDGE

Dated: August 5, 2005

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on August 5, 2005.

                                                s/Jonie Parker
                                                Case Manager